IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-rj-00009-MEH

UNITED STATES OF AMERICA,
    Plaintiff,
v.

JEWEL M. NELSON,
    Defendant,
and

INTELISTAF HEALTHCARE,
    Garnishee.

## GARNISHEE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

On February 16, 2006, Plaintiff mailed the Writ of Garnishment to Defendant. Defendant did not request a hearing on the garnishment within the requisite twenty days following this notice. Accordingly, for good cause shown, Plaintiff's Motion for Entry of Garnishee Order [Filed April 29, 2006; Docket #32] is **granted**.

IT IS HEREBY ORDERED that Garnishee Intelistaf Healthcare shall, each pay period, pay 25% of Defendant Jewel M. Nelson's disposable wages to the United States and shall continue said payments until the judgement debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to Defendant, or until further Order of this Court.

Dated at Denver, Colorado, this 9th day of May, 2006.

                BY THE COURT:

                s/ Michael E. Hegarty
                Michael E. Hegarty
                United States Magistrate Judge