IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-rj-00009-MEH

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JEWEL M. NELSON,**

    Defendant,

    and

**INTELISTAF HEALTHCARE,**

    Garnishee.

---

**ORDER DISMISSING WRIT OF GARNISHMENT**

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 6th day of March, 2007.

BY THE COURT:

_Michael E. Hegarty_
UNITED STATES MAGISTRATE JUDGE