IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-rj-00009-MEH

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JEWEL M. NELSON,**

    Defendant,

    and

**COLORADO DEPARTMENT OF REVENUE,**

    Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is **GRANTED**.

ORDERED and entered this 1st day of May, 2007.

BY THE COURT:

_Michael E. Hegarty_
UNITED STATES MAGISTRATE JUDGE